1  ENVIRONMENTAL ADVOCATES
   JODENE ISAACS, ESQ. (SBN 226895)
2  5135 Anza Street
   San Francisco, CA 94121
3  Telephone: (415) 533-3376
   Facsimile: (415) 358-5695
4  jisaacs@enviroadvocates.com

5  ECOLOGY LAW CENTER
   FREDRIC EVENSON, ESQ. (SBN 198059)
6  P.O. Box 1000
   Santa Cruz, CA 95061
7  Telephone: (831) 454-8216
   evenson@ecologylaw.com
8
   Attorneys for Plaintiff
9  ECOLOGICAL RIGHTS FOUNDATION

10 GREBEN & ASSOCIATES
   JAN A. GREBEN, ESQ. (SBN 103464)
11 125 E. De La Guerra Street, Suite 203
   Santa Barbara, California, 93101
12 Telephone: (805) 963-9090
   Email: jan@grebenlaw.com
13

14
                           UNITED STATES DISTRICT COURT
15                         NORTHERN DISTRICT OF CALIFORNIA

16

17 ECOLOGICAL RIGHTS FOUNDATION,        CASE NO. 1:16-cv-07401-HSG

18              Plaintiff,              STIPULATION TO EXTEND TIME TO
         v.                             COMPLETE CASE MANAGEMENT
                                        CONFERENCE; ORDER
19 SCHMIDBAUER LUMBER, INC. and
   SCHMIDBAUER BUILDING SUPPLY, LLC,
20
                Defendants.
21

22
       **WHEREAS**, an Initial Case Management Conference is scheduled for April 4, 2017;
23
       **WHEREAS** the parties have had several settlement discussions in the last several months
24
   and are actively engaged with ongoing discussions;
25
       **WHEREAS**, there have been no previous extensions of time for requested by either
26
   Party;
27
       **WHEREAS**, the parties have agreed that, in the spirit of cooperation and in the interests
28

STIPULATION TO EXTEND TIME TO COMPLETE CASE MGMT. CONF; [PROPOSED ORDER]     -1-

of judicial economy, an extension of time for the initial Case Management Conference is appropriate to allow the parties more time to resolve this matter without the Court's assistance;

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendants that the Initial Case Management Conference should be rescheduled to May 9, 2017, or to a time thereafter that is convenient to the Court.

Respectfully submitted,

DATED:  March 28, 2017          By /s/ Jodene Isaacs
                                Jodene Isaacs, Attorneys for Plaintiff
                                ECOLOGICAL RIGHTS FOUNDATION

DATED:  March 28, 2017          By /s/ Jan Greben
                                Jan Greben, Attorney for Defendants
                                SCHMIDBAUER LUMBER, INC. and
                                SCHMIDBAUER BUILDING SUPPLY, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March 29, 2017          [signature]
                                Hon. Judge Haywood S. Gilliam, Jr.