ENVIRONMENTAL ADVOCATES
JODENE ISAACS, ESQ. (SBN 226895)
5135 Anza Street
San Francisco, CA 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
jisaacs@enviroadvocates.com

ECOLOGY LAW CENTER
FREDRIC EVENSON, ESQ. (SBN 198059)
P.O. Box 1000
Santa Cruz, CA 95061
Telephone: (831) 454-8216
evenson@ecologylaw.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

GREBEN & ASSOCIATES
JAN A. GREBEN, ESQ. (SBN 103464)
125 E. De La Guerra Street, Suite 203
Santa Barbara, California, 93101
Telephone: (805) 963-9090
Email: jan@grebenlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br>v.<br><br>SCHMIDBAUER LUMBER, INC. and SCHMIDBAUER BUILDING SUPPLY, LLC,<br><br>Defendants. | CASE NO. 4:16-cv-07401-HSG<br><br>NOTICE OF SETTLEMENT; STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; ORDER |

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Ecological Rights Foundation, and Defendants, Schmidbauer Lumber, Inc. and Schmidbauer Building Supply, LLC, (collectively, the "Parties") have reached settlement in the above-captioned case and are in the process of executing a [Proposed] Consent Decree. Final settlement is contingent upon the federal agencies' 45-day review period of the [Proposed] Consent Decree described below.

PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to forty-five (45) days following the receipt of the proposed settlement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency ("federal agencies"). (*See* 33 U.S.C. §1365(c); 40 C.F.R. § 135.5.) Plaintiff will provide the [Proposed] Consent Decree to the federal agencies for review. Upon notice of non-objection, or the expiration of the 45-day period, the parties will file a Stipulation for Approval of Consent Decree and Dismissal of Plaintiff's Claims with Prejudice. Should the federal agencies object to the settlement, or the Parties cannot informally resolve any concerns raised by the federal agencies, a Notice that the settlement is null and void will be submitted.

PLEASE TAKE FURTHER NOTICE that the Parties agree to vacate the Case Management Conference currently scheduled for May 10, 2017 at 2:00 p.m. The Parties have settled this case on mutually agreeable terms, and wish to avoid the unnecessary cost of appearing at the CMC.

NOW THEREFORE, for the reasons set forth above, the Parties hereby stipulate, and respectfully request, that the Court enter an order vacating the Case Management Conference currently scheduled for May 10, 2017 at 2:00 p.m. as they execute the final Consent Decree and prepare it for the federal agencies' 45-day review.

///

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| DATED: May 3, 2017 | ENVIRONMENTAL ADVOCATES |
| | By: /s/ Jodene Isaacs<br>JODENE ISAACS<br>Attorney for Plaintiff |
| DATED: May 3, 2017 | GREBEN & ASSOCIATES |
| | By: /s/ Jan Greben<br>JAN GREBEN<br>Attorney for Defendants |

**ORDER**

Good cause appearing, and based on the stipulation of the parties, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 10, 2017 is continued to July 11, 2017, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

**IT IS SO ORDERED.**

DATED: May 3, 2017

Hon. Judge Haywood S. Gilliam, Jr.
U.S. District Court Judge,
Northern District of California