**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Defendants SCHMIDBAUER LUMBER, INC.
and SCHMIDBAUER BUILDING SUPPLY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION;<br><br>Plaintiffs,<br><br>v.<br><br>SCHMIDBAUER LUMBER, INC. and<br>SCHMIDBAUER BUILDING SUPPLY, LLC,<br><br>Defendants. | **Case No.: 4:16-CV-07401-HSG**<br><br>Date Filed: December 30, 2016<br>Trial Date: None Set<br><br>**STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE ON JULY 12, 2017** |

This stipulation and proposed order is made by and between Plaintiff Ecological Rights Foundation ("Plaintiff") and Defendants Schmidbauer Lumber, Inc. and Schmidbauer Building Supply LLC ("Defendants") (collectively referred to herein as "the Parties"). The Parties hereby stipulate to vacate the Case Management Conference scheduled for July 12, 2017 at 2:00 P.M. and the related deadline for the Case Management Statement due July 5, 2017.

Whereas the Parties intended to stipulate to vacate the Conference when they requested Judge Gilliam sign the Order Regarding Settlement [Document 35, filed June 14, 2017], vacating all future case management deadlines. As the Parties have settled the case and Defendants are preparing to implement the Consent Decree, requiring the Parties to travel and appear before the

Court for the Case Management Conference is not an efficient use of financial resources. The Parties respectfully request the Court vacate the case management deadlines in consideration of the Court's calendar and opportunity to remove unnecessary hearings.

Whereas the Parties filed a Joint Case Management Statement on March 28, 2017 [Document 26] prior to the initial scheduled date for the Case Management Conference of April 4, 2017. The Conference has since been continued to July 12, 2017 through several stipulations and orders [Documents 28, 33, 36]. Therefore, requiring the Parties to refile an additional Case Management Statement would be excessive. The Parties respectfully request the Court vacate the deadline of July 5, 2017 to file another Case Management Statement.

Alternatively, whereas the Department of Justice has indicated it will complete its review of the Consent Decree on July 20, 2017, and if the Court is not willing to completely vacate the Case Management Conference scheduled for July 12, 2017, the Parties request the Court continue the Conference to a later date in August, with the understanding that once the Department of Justice has approved the Consent Decree, the Parties will again ask the Court to sign the Consent Decree and vacate the Case Management Conference once more.

Date: June 23, 2017  ENVIRONMENTAL ADVOCATES

/s/ Jodene Isaacs (*as authorized on June 23, 2017*)
Christopher Sproul
Jodene Isaacs
Attorneys for Plaintiff ECOLOGICAL RIGHTS FOUNDATION

Date: June 23, 2017  GREBEN & ASSOCIATES

/s/ Jan Greben
Jan A. Greben
Christine M. Monroe
Attorneys for Defendants SCHMIDBAUER LUMBER, INC. and SCHMIDBAUER BUILDING SUPPLY, LLC

**ORDER**

Good cause appearing, and based on the stipulation of the Parties, IT IS SO ORDERED that the Case Management Conference scheduled for July 12, 2017 is continued to August 15, 2017 before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. Case Management Statement due by August 8, 2017.

DATED: June 23, 2017

_____
Hon. Judge Haywood S. Gilliam, Jr.