ENVIRONMENTAL ADVOCATES
JODENE ISAACS, ESQ. (SBN 226895)
5135 Anza Street
San Francisco, CA 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
jisaacs@enviroadvocates.com

ECOLOGY LAW CENTER
FREDRIC EVENSON, ESQ. (SBN 198059)
P.O. Box 1000
Santa Cruz, CA 95061
Telephone: (831) 454-8216
evenson@ecologylaw.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

GREBEN & ASSOCIATES
JAN A. GREBEN, ESQ. (SBN 103464)
125 E. De La Guerra Street, Suite 203
Santa Barbara, California, 93101
Telephone: (805) 963-9090
Email: jan@grebenlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br>v.<br><br>SCHMIDBAUER LUMBER, INC. and<br>SCHMIDBAUER BUILDING SUPPLY, LLC,<br><br>Defendants. | CASE NO. 4:16-cv-07401-HSG<br><br>NOTICE OF APPROVED SETTLEMENT;<br>REQUEST TO ENTER PROPOSED<br>CONSENT DECREE AND VACATE<br>CASE MANAGEMENT CONFERENCE;<br>ORDER |

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Ecological Rights Foundation, and Defendants, Schmidbauer Lumber, Inc. and Schmidbauer Building Supply, LLC, (collectively, the "Parties") have reached a final settlement in the above-captioned case as described below.

PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to forty-five (45) days following the receipt of the proposed settlement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency ("federal agencies"). (*See* 33 U.S.C. §1365(c); 40 C.F.R. § 135.5.) Plaintiff provided the [Proposed] Consent Decree to the federal agencies for review. On July 24, 2017, the Department of Justice submitted a notice to this Court that the agency approves of the [Proposed] Consent Decree (Dkt. 39).

NOW THEREFORE, for the reasons set forth above, the Parties jointly request that the Court approve and execute the Proposed Order submitted on June 5, 2017 (Dkt. 34-1) dismissing the Complaint with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure and providing for continuing Court jurisdiction over any disputes which may arise between the Parties under the Consent Decree. The Parties further stipulate, and respectfully request, that the Court enter an order vacating the Case Management Conference currently scheduled for August 15, 2017 at 2:00 p.m.

///

RESPECTFULLY SUBMITTED,

DATED: July 25, 2017                     ENVIRONMENTAL ADVOCATES


                                        By:          /s/ Jodene Isaacs
                                             JODENE ISAACS
                                             Attorney for Plaintiff

NOTICE OF APPROVED SETTLEMENT, REQUEST ENTRY OF CONSENT DECREE
AND VACATE CASE MGMT. CONF., ORDER
-2-

DATED: July 25, 2017                    GREBEN & ASSOCIATES


                                        By:_____/s/ Jan Greben_____
                                            JAN GREBEN
                                            Attorney for Defendants

**ORDER**

Good cause appearing, and based on the stipulation of the parties, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for August 15, 2017 is vacated.

**IT IS SO ORDERED.**

DATED: July 31, 2017_____           *[signature]*
                                        Hon. Judge Haywood S. Gilliam, Jr.
                                        U.S. District Court Judge,
                                        Northern District of California